JUDGE DAVID GUADERRAMA

FILED
OCT 13 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Attachment 4 - Motion to Proceed in Forma Pauperis

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

Jonathan Webb
*Plaintiff*

v.

A.W. McQuade, Sr.W. Shep, SGT. Franco
West Texas Detention facility LaSalle Corp.
*Defendant*

Civil Action No. **EP21CV0254**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **FCI Phoenix, 37910 N. 45th Ave. Phoenix, AZ 85086**
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My take-home pay or wages are: **N/A** per *(specify pay period)* **N/A**.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☐ No
(e) Gifts, or inheritances                            ☐ Yes    ☐ No
(f) Any other sources                                 ☒ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

My Family & Girlfriend give me money for my Food, hygien, & Neccessities as far as shoes, clothes & Tro links etc. IN the Amount of 100,(1 hundred) to 200,(two hundred dollars) A month

Rev. Ed. October 26, 2017

33

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $354.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: Oct. 05, 2021

_____
*Applicant's signature*

Jonathan Webb
_____
Printed Name

Rev. Ed. October 26, 2017

34

# Inmate Inquiry

 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 40177480 | Current Institution: | Phoenix FCI |
| Inmate Name: | WEBB, JONATHAN | Housing Unit: | PHX-Y-A |
| Report Date: | 10/07/2021 | Living Quarters: | Y01-128U |
| Report Time: | 1:20:36 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5404 |
| PAC #: | 208436759 |
| Revalidation Date: | 22nd |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/8/2020 |
| Local Account Activation Date: | 4/3/2021 3:13:14 AM |
| Sort Codes: | |
| Last Account Update: | 10/4/2021 8:01:33 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ✓ Payroll     ✓ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $354.97 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

Administrative Hold Balance: $0.00
Available Balance: $354.97
National 6 Months Deposits: $1,901.57
National 6 Months Withdrawals: $1,546.60
Available Funds to be considered for IFRP Payments: $1,451.57
National 6 Months Avg Daily Balance: $124.06
Local Max. Balance - Prev. 30 Days: $377.52
Average Balance - Prev. 30 Days: $289.33

## Commissary History

### Purchases

Validation Period Purchases: $22.55
YTD Purchases: $22.55
Last Sales Date: 10/4/2021 8:01:33 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: Yes
Spending Limit: $180.00
Expended Spending Limit: $22.55
Remaining Spending Limit: $157.45

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 40177480 | Current Institution: Phoenix FCI |
| Inmate Name: | WEBB, JONATHAN | Housing Unit: PHX-Y-A |
| Report Date: | 10/07/2021 | Living Quarters: Y01-128U |
| Report Time: | 1:17:40 PM | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/4/2021 8:01:33 AM | Sales - No FP (Non-FP Session) | ($22.55) | 13 | | $354.97 |
| 9/30/2021 10:06:17 AM | Money Gram | $100.00 | 33421273 | | $377.52 |
| 9/21/2021 6:57:35 AM | TRUL Withdrawal | ($2.00) | TL0921 | | $277.52 |
| 9/20/2021 12:38:24 PM | Sales - No FP (Non-FP Session) | ($22.50) | 72 | | $279.52 |
| 9/15/2021 5:42:34 PM | TRUL Withdrawal | ($2.00) | TL0915 | | $302.02 |
| 9/10/2021 3:06:16 PM | Western Union | $300.00 | 33321253 | | $304.02 |
| 9/7/2021 7:54:45 AM | TRUL Withdrawal | ($2.00) | TL0907 | | $4.02 |
| 9/4/2021 7:55:29 AM | TRUL Withdrawal | ($2.00) | TL0904 | | $6.02 |
| 9/3/2021 7:32:49 AM | TRUL Withdrawal | ($2.00) | TL0903 | | $8.02 |
| 8/31/2021 7:30:40 AM | Sales - Fingerprint | ($11.25) | 17 | | $10.02 |
| 8/31/2021 7:22:09 AM | Sales - Fingerprint | ($11.00) | 11 | | $21.27 |
| 8/31/2021 7:21:18 AM | Sales - Fingerprint | $1.65 | 10 | | $32.27 |
| 8/31/2021 7:19:39 AM | Sales - Fingerprint | ($80.80) | 9 | | $30.62 |
| 8/30/2021 5:06:38 PM | TRUL Withdrawal | ($2.00) | TL0830 | | $111.42 |
| 8/30/2021 12:06:29 PM | Western Union | $100.00 | 33321242 | | $113.42 |
| 8/26/2021 7:08:42 AM | TRUL Withdrawal | ($2.00) | TL0826 | | $13.42 |
| 8/24/2021 10:16:41 AM | Court Fees | ($5.00) | | 1381 | $15.42 |
| 8/24/2021 7:50:24 AM | Sales - Fingerprint | $2.00 | 20 | | $20.42 |
| 8/24/2021 7:45:32 AM | Sales - Fingerprint | ($4.20) | 17 | | $18.42 |
| 8/24/2021 7:44:21 AM | Sales - Fingerprint | ($3.00) | 16 | | $22.62 |
| 8/24/2021 7:40:41 AM | Sales - Fingerprint | ($95.35) | 15 | | $25.62 |
| 8/17/2021 11:06:13 AM | Western Union | $120.00 | 33321229 | | $120.97 |
| 8/13/2021 7:57:57 AM | TRUL Withdrawal | ($2.00) | TL0813 | | $0.97 |
| 8/10/2021 7:38:02 AM | Sales - Fingerprint | ($3.00) | 15 | | $2.97 |
| 8/10/2021 7:33:05 AM | Sales - Fingerprint | ($5.50) | 6 | | $5.97 |
| 8/10/2021 7:31:39 AM | Sales - Fingerprint | ($39.30) | 5 | | $11.47 |
| 8/8/2021 5:06:11 AM | Western Union | $50.00 | 33321220 | | $50.77 |
| 8/6/2021 1:11:21 PM | TRUL Withdrawal | ($2.00) | TL0806 | | $0.77 |
| 8/3/2021 7:19:44 AM | Sales - Fingerprint | ($46.95) | 4 | | $2.77 |
| 7/29/2021 9:33:28 AM | TRUL Withdrawal | ($5.00) | TL0729 | | $49.72 |
| 7/28/2021 7:53:49 AM | TRUL Withdrawal | ($2.00) | TL0728 | | $54.72 |
| 7/27/2021 7:47:35 AM | Sales - Fingerprint | ($2.20) | 12 | | $56.72 |
| 7/27/2021 7:44:16 AM | Sales - Fingerprint | ($110.20) | 11 | | $58.92 |
| 7/26/2021 5:20:55 PM | TRUL Withdrawal | ($2.00) | TL0726 | | $169.12 |
| 7/26/2021 11:06:12 AM | Money Gram | $150.00 | 33421207 | | $171.12 |
| 7/23/2021 8:16:08 PM | TRUL Withdrawal | ($5.00) | TL0723 | | $21.12 |
| 7/23/2021 7:06:21 PM | Western Union | $25.00 | 33321204 | | $26.12 |
| 7/20/2021 10:14:10 AM | Sales - Fingerprint | ($7.55) | 101 | | $1.12 |
| 7/19/2021 7:27:19 AM | TRUL Withdrawal | ($2.00) | TL0719 | | $8.67 |
| 7/18/2021 6:31:33 AM | TRUL Withdrawal | ($2.00) | TL0718 | | $10.67 |
| 7/17/2021 6:10:45 AM | TRUL Withdrawal | ($2.00) | TL0717 | | $12.67 |
| 7/15/2021 12:06:27 PM | Sales - Fingerprint | ($19.95) | 100 | | $14.67 |
| 7/15/2021 9:15:03 AM | TRUL Withdrawal | ($2.00) | TL0715 | | $34.62 |
| 7/14/2021 6:18:01 AM | TRUL Withdrawal | ($2.00) | TL0714 | | $36.62 |
| 7/13/2021 1:19:17 PM | TRUL Withdrawal | ($2.00) | TL0713 | | $38.62 |
| 7/11/2021 6:41:04 AM | TRUL Withdrawal | ($5.00) | TL0711 | | $40.62 |
| 7/9/2021 9:05:54 AM | TRUL Withdrawal | ($2.00) | TL0709 | | $45.62 |
| 7/8/2021 12:00:32 PM | Sales - Fingerprint | ($195.60) | 95 | | $47.62 |
| 7/6/2021 3:06:20 PM | Western Union | $100.00 | 33321187 | | $243.22 |
| 7/2/2021 3:06:12 PM | Western Union | $50.00 | 33321183 | | $143.22 |

1 2 3

## All Transactions



| | | | |
|---|---|---|---|
| Inmate Reg #: | ~017748 | Current Institution: | Phoenix FCI |
| Inmate Name: | WEBB, JONATHAN | Housing Unit: | PHX-Y-A |
| Report Date: | 10/07/2021 | Living Quarters: | Y01-128U |
| Report Time: | 1:18:26 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/1/2021 6:57:09 AM | TRUL Withdrawal | ($5.00) | TL0701 | | $93.22 |
| 6/29/2021 12:52:41 PM | TRUL Withdrawal | ($2.00) | TL0629 | | $98.22 |
| 6/29/2021 12:06:25 PM | Money Gram | $100.00 | 33421180 | | $100.22 |
| 6/21/2021 9:23:30 AM | Sales - Fingerprint | ($64.60) | 89 | | $0.22 |
| 6/21/2021 6:25:02 AM | TRUL Withdrawal | ($5.00) | TL0621 | | $64.82 |
| 6/21/2021 5:06:29 AM | Western Union | $50.00 | 33321172 | | $69.82 |
| 6/18/2021 6:24:03 AM | TRUL Withdrawal | ($2.00) | TL0618 | | $19.82 |
| 6/14/2021 5:44:40 PM | TRUL Withdrawal | ($2.00) | TL0614 | | $21.82 |
| 6/14/2021 12:31:47 PM | Sales - Fingerprint | ($5.20) | 100 | | $23.82 |
| 6/14/2021 12:23:50 PM | Sales - Fingerprint | ($67.25) | 97 | | $29.02 |
| 6/13/2021 7:22:23 AM | TRUL Withdrawal | ($2.00) | TL0613 | | $96.27 |
| 6/11/2021 7:14:27 PM | TRUL Withdrawal | ($2.00) | TL0611 | | $98.27 |
| 6/11/2021 5:06:19 AM | Western Union | $100.00 | 33321162 | | $100.27 |
| 6/9/2021 7:31:45 AM | Sales - Fingerprint | ($46.55) | 19 | | $0.27 |
| 6/7/2021 6:26:16 AM | TRUL Withdrawal | ($2.00) | TL0607 | | $46.82 |
| 6/4/2021 4:43:23 PM | TRUL Withdrawal | ($2.00) | TL0604 | | $48.82 |
| 6/4/2021 4:06:09 PM | Western Union | $50.00 | 33321155 | | $50.82 |
| 6/2/2021 7:26:56 AM | Sales - Fingerprint | ($3.05) | 6 | | $0.82 |
| 6/2/2021 7:26:05 AM | Sales - Fingerprint | ($2.15) | 5 | | $3.87 |
| 6/1/2021 6:23:31 AM | TRUL Withdrawal | ($2.00) | TL0601 | | $6.02 |
| 5/29/2021 10:51:12 AM | TRUL Withdrawal | ($2.00) | TL0529 | | $8.02 |
| 5/26/2021 7:28:36 AM | Sales - Fingerprint | ($3.05) | 6 | | $10.02 |
| 5/26/2021 7:24:57 AM | Sales - Fingerprint | ($120.55) | 5 | | $13.07 |
| 5/26/2021 7:11:16 AM | TRUL Withdrawal | ($2.00) | TL0526 | | $133.62 |
| 5/24/2021 5:06:19 PM | Western Union | $100.00 | 33321144 | | $135.62 |
| 5/23/2021 5:19:53 PM | TRUL Withdrawal | ($2.00) | TL0523 | | $35.62 |
| 5/22/2021 7:07:31 AM | TRUL Withdrawal | ($2.00) | TL0522 | | $37.62 |
| 5/21/2021 3:01:59 PM | TRUL Withdrawal | ($2.00) | TL0521 | | $39.62 |
| 5/21/2021 1:08:48 PM | TRUL Withdrawal | ($2.00) | TL0521 | | $41.62 |
| 5/21/2021 6:52:56 AM | TRUL Withdrawal | ($2.00) | TL0521 | | $43.62 |
| 5/19/2021 2:41:40 PM | TRUL Withdrawal | ($2.00) | TL0519 | | $45.62 |
| 5/19/2021 7:24:54 AM | Sales - Fingerprint | ($184.30) | 5 | | $47.62 |
| 5/18/2021 2:08:13 PM | TRUL Withdrawal | ($2.00) | TL0518 | | $231.92 |
| 5/18/2021 7:42:53 AM | TRUL Withdrawal | ($2.00) | TL0518 | | $233.92 |
| 5/17/2021 10:47:23 AM | TRUL Withdrawal | ($2.00) | TL0517 | | $235.92 |
| 5/16/2021 7:08:30 AM | TRUL Withdrawal | ($2.00) | TL0516 | | $237.92 |
| 5/14/2021 7:39:01 PM | TRUL Withdrawal | ($5.00) | TL0514 | | $239.92 |
| 5/14/2021 3:06:13 PM | Western Union | $80.00 | 33321134 | | $244.92 |
| 5/14/2021 7:45:39 AM | TRUL Withdrawal | ($2.00) | TL0514 | | $164.92 |
| 5/11/2021 12:32:20 PM | Sales - No FP (Non-FP Session) | ($45.30) | 90 | | $166.92 |
| 5/10/2021 1:18:31 PM | TRUL Withdrawal | ($2.00) | TL0510 | | $212.22 |
| 5/9/2021 1:19:27 PM | TRUL Withdrawal | ($2.00) | TL0509 | | $214.22 |
| 5/8/2021 9:07:32 AM | TRUL Withdrawal | ($2.00) | TL0508 | | $216.22 |
| 5/4/2021 1:28:14 PM | TRUL Withdrawal | ($2.00) | TL0504 | | $218.22 |
| 5/4/2021 12:34:47 PM | Sales - No FP (Non-FP Session) | ($45.80) | 80 | | $220.22 |
| 4/27/2021 3:27:53 PM | TRUL Withdrawal | ($2.00) | TL0427 | | $266.02 |
| 4/27/2021 7:55:11 AM | Sales - No FP (Non-FP Session) | ($42.50) | 7 | | $268.02 |
| 4/20/2021 7:34:36 AM | Sales - No FP (Non-FP Session) | ($39.90) | 9 | | $310.52 |
| 4/20/2021 5:00:24 AM | Lockbox - CD | $115.00 | 70132001 | | $350.42 |
| 4/15/2021 6:39:11 PM | TRUL Withdrawal | ($2.00) | TL0415 | | $235.42 |

1 2 3

## All Transactions

🖨 PRINT

| Inmate Reg #: | 40177480 | Current Institution: | Phoenix FCI |
| --- | --- | --- | --- |
| Inmate Name: | WEBB, JONATHAN | Housing Unit: | PHX-Y-A |
| Report Date: | 10/07/2021 | Living Quarters: | Y01-128U |
| Report Time: | 1:18:43 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 4/14/2021 12:06:38 PM | Western Union | $100.00 | 33321104 | | $237.42 |
| 4/13/2021 7:41:59 AM | Sales - No FP (Non-FP Session) | ($72.15) | 9 | | $137.42 |
| 4/10/2021 5:01:38 AM | Lockbox - CD | $161.57 | 70131401 | | $209.57 |
| 4/8/2021 8:34:30 AM | TRUL Withdrawal | ($2.00) | TL0408 | | $48.00 |
| 4/7/2021 6:06:32 PM | Western Union | $50.00 | 33321097 | | $50.00 |
| 4/6/2021 12:15:39 PM | Sales - No FP (Non-FP Session) | $0.00 | 80 | | $0.00 |

1 2 3