TO: Court Clerk

From: Jonathan Webb #40177-480

RE: 1983 prisoners Civil Rights Complaint

    I recently filed a 1983 prisoners Civil Rights Complaint in your Court.
    At this time I would like to ask the Court to appoint Counsel. I am currently in Custody and do not have the Means to retain Counsel. I do Not have the legal knowledge to represent myself in this Matter. Would the Court please appoint me a lawyer to Move foward with my Complaint.

Respectfully,

print Jonathan Webb
\# 40177-480
signa. [signature]
Date 10-24-2021



Jonathan Webb 40177480
FCI Phoenix Medium
37910 N. 45th Avenue
Phoenix, AZ 85086

RECEIVED
NOV 01 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Legal Mail

Legal Mail PHOENIX AZ 852
28 OCT 2021 PM 5 L

U.S. District Court Clerk
Western District of Texas
United States Court House
525 Magoffin Avenue, Room #105
El Paso, Texas 79901