Court Clerk

I want to let the courts know that I was transfered to T.D.C.J on Nov. 30. 2021 & I have a release date of Feb. 13. 2022 & would request you send Me Any & All correspondance having to do with my 1983 prisoners civil Right complant to Me At this Address John W. Middleton, 13055 FM 3522, Abilene, TX. 79601, Jonathan Keith Webb #02370608 My Complaint is in the united states District Court For The western District of Texas El paso Divison (EP-21-CV-00254-DCG-ATB) Plaintiff Jonathan Webb V. A.W. McQuade SR, warder Shep, and SGT. Franco Defendants

Sincerely,
Jonathan Keith Webb

T.DCJ# 02370608
federal # 40177-480
DAte Jan. 07. 2022
Return address: John W. Middleton, 13055 FM 3522, Abilene, TX. 79601, Jonathan Keith Webb #02370608
RE: change of Address due to being sent to Another Agency T.D.C.J & request Any & All correspondnce from the court perteiving to my 1983 prisoners civil Right complaint